UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL VOLLER,

Defendant.

**ORDER**

17 Cr. 391 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant will take place on **October 14, 2020 at 4:00 p.m.** Any submissions on behalf of the Defendant are due **September 23, 2020**, and any submission by the Government is due on **September 30, 2020**.

It is further ORDERED that the Probation Department prepare a presentence investigation report for the Defendant.

Dated: New York, New York
       June 11, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge