UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>MICHAEL VOLLER,<br><br>                Defendant. | **ORDER**<br><br>18 Cr. 37 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on November 13, 2017;

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court; and

        WHEREAS upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
        November 20, 2020

                              SO ORDERED.

                              Paul G. Gardephe
                              United States District Judge