UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - -  X
                                    :
UNITED STATES OF AMERICA            :
                                    :
        - v. -                      :
                                    :        **UNSEALING ORDER**
MICHAEL VOLLER,                     :
                                    :        S1 17 Cr. 391 (PGG)
            Defendant.              :
                                    :
- - - - - - - - - - - - -  X

        Upon the application of the United States, by the

Acting United States Attorney for the Southern District of New

York, Audrey Strauss, by Assistant United States Attorney Sarah

Mortazavi;

        It is found that (1) Information S1 17 Cr. 391 (the

"Information") and the related charging paperwork and (2) the

transcript of the defendant's November 13, 2017 waiver of

indictment and guilty plea, are currently sealed and subject to

temporarily delayed docketing; and that the United States

Attorney's Office has applied to have the Information, the

guilty plea transcript, and all related filings unsealed, and

the delay in docket entries lifted;

IT IS THEREFORE ORDERED that the Information, the guilty plea transcript, and all related entries be unsealed and remain unsealed pending further order of the Court; and

IT IS FURTHER ORDERED that the Clerk of the Court make the relevant entries on the public docket.

DATED:       New York, New York
             November 23  , 2020

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK