UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL VOLLER,

Defendant.

**ORDER**

17 Cr. 391 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

During the Rule 11 proceeding before Magistrate Judge Fox on November 13, 2017, Defendant Michael Voller waived his right to indictment. (Plea Hearing Tr. (Dkt. No. 134) at 4-5) Accordingly, the Clerk of Court is directed to docket the (S1) Information.

Dated: New York, New York
       December 14, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge